

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| KEVIN LAMONT MCCUIN, | § | No. 08-10-00108-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| State. | § | (TC# 1139278D) |
| | § | |

# **O R D E R**

Pending before the Court is Appellant's Motion for Records Without Charge. The mandate issued in the above-styled and numbered cause on July 23, 2012. Appellant states in his motion that he needs the record to prepare a habeas corpus petition. An indigent criminal defendant is not entitled —either as a matter of equal protection or due process—to obtain a copy of the appellate record in order to assist in preparation of a petition for writ of habeas corpus absent a showing that the habeas corpus action is not frivolous and there is a specific need for the records which are sought. *United States v. MacCollom*, 426 U.S. 317, 323-26, 96 S.Ct. 2086, 2090–92, 48 L.Ed.2d 666 (1976); *In re Coronado*, 980 S.W.2d 691, 693 (Tex.App.--San Antonio 1998, orig. proceeding); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex.App.--Houston [1st Dist.] 1993, order). Appellant has failed to make this showing. The motion is DENIED.
.

IT IS SO ORDERED this 7th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.